THE PEOPLE v. LUGO.

APPEAL from the District Court of Mayagüez.

No. 102.—Decided November 12, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
Where there is no bill of exceptions or statement of facts and it not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

This is an appeal taken by Angel Salvador Lugo from a judgment of the District Court of Mayagüez, which, upon appeal and after holding a new trial, sentenced him on February 1 of the current year to pay a fine of $50, or in default thereof, to be confined in jail for one month.

No bill of exceptions or statement of facts has been presented to this Supreme Court, nor has the appellant filed any brief or made any oral argument in his defense either in person or through counsel.

After a careful examination of the record we do not find that the lower court has committed any error which could annul the judgment rendered; but, on the contrary, sections 162 of the Penal Code and 322 of the Code of Criminal Procedure have been properly applied, and consequently the judgment appealed from should be affirmed, with the costs of the appeal also against the appellant.

*Affirmed.*

Chief Justice Quiñones, and Justices Figueras, MacLeary and Wolf concurred.